| ✔ | FILED | ___ | LODGED |
|---|---|---|---|
| ___ | RECEIVED | ___ | COPY |

MAR 2 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant United States Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00465-PHX-DWL (MTM) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 371 (Conspiracy) Count 1 |
| 1. Jose Humberto Sandoval-Limon, and (Counts 1 – 4) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 2 – 4 |
| 2. Jose Perez-Villareal, (Counts 1 – 4) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Between on or about September 2021 and July 3, 2024, in the District of Arizona and elsewhere, Defendants JOSE HUMBERTO SANDOVAL-LIMON and JOSE PEREZ-VILLAREAL did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: in connection with the acquisition of firearms from dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make false and fictitious written statements to dealers of firearms, which statements were

intended and likely to deceive the dealers of firearms as to a fact material to the lawfulness of such sales, in that the purchaser of the firearm stated that he/she was the actual transferee/buyer of the firearms when in fact he/she was acquiring the firearms on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Purpose of the Conspiracy

The purpose of this conspiracy was to obtain firearms from licensed dealers of firearms by means of knowing false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain.

## The Means and Methods of the Conspiracy

The means and methods employed by Defendants JOSE HUMBERTO SANDOVAL-LIMON and JOSE PEREZ-VILLAREAL to carry out the conspiracy and effect its unlawful objects are as follows:

1. It was part of the conspiracy that Defendant JOSE HUMBERTO SANDOVAL-LIMON would purchase firearms in the District of Arizona with the intention to provide the firearms to Defendant JOSE PEREZ-VILLAREAL.

2. It was a further part of the conspiracy that Defendant JOSE HUMBERTO SANDOVAL-LIMON would make false statements and representations on the ATF Form 4473 regarding the actual purchaser/buyer of each of the firearms.

3. It was a further part of the conspiracy that Defendant JOSE PEREZ-VILLAREAL would provide money to Defendant JOSE HUMBERTO SANDOVAL-LIMON to purchase firearms.

## Overt Acts

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. Between on or about September 2021 and July 3, 2024, Defendant JOSE PEREZ-VILLAREAL knowingly induced and procured Defendant JOSE

- 2 -

HUMBERTO SANDOVAL-LIMON to make false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

2. On approximately twenty-seven (27) separate occasions during the procurement of a total of fifty-nine (59) firearms, Defendant JOSE HUMBERTO SANDOVAL-LIMON completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

3. Defendant JOSE PEREZ-VILLAREAL provided money to Defendant JOSE HUMBERTO SANDOVAL-LIMON to make firearm purchases.

4. On each occasion, shortly after purchasing the firearms, Defendant JOSE HUMBERTO SANDOVAL-LIMON in turn delivered the firearms to Defendant JOSE PEREZ-VILLAREAL.

All in violation of Title 18, United States Code, Section 371.

**COUNTS 2 – 4**

On or about the dates listed below, in the District of Arizona, Defendants JOSE HUMBERTO SANDOVAL-LIMON and JOSE PEREZ-VILLAREAL knowingly made false statements and representations in connection with the acquisition of a firearm(s) to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JOSE HUMBERTO SANDOVAL-LIMON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each·of the counts

below stating he was the actual transferee/buyer of the firearms, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant JOSE PEREZ-VILLAREAL:

| Count | Date | Business (FFL) |
|-------|------|----------------|
| 2 | 4/14/2024 | Sportsman's Warehouse |
| 3 | 4/20/2024 | Sprague's Sports |
| 4 | 7/3/2024 | Sprague's Sports |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  March 25, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
JOSEPH E. KOEHLER
Assistant U.S. Attorney